# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE GALLASHAW, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 09-4062 |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __9th__ day of March, 2011, upon consideration of Defendant's Motion for Summary Judgment (Doc. #14), Plaintiff's Response (Doc. #15), and Defendant's Reply (Doc. #16), it is **ORDERED** that Defendant's Motion (Doc. #14) is **GRANTED**.

    s/Anita B. Brody

    _____
    Anita B. Brody,    J.

COPIES VIA ECF ON    TO:    COPIES MAILED ON    TO: